UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DWIGHT TURNER,

      Plaintiff,

                                          Case Number: 8:23-CV-02557

v.

PREMIUM PLUMBING, LLC,

      Defendant.

_____/

### DEFENDANT'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, enter name of filing party/intervenor, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

   N/A

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

   N/A

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

a. Randall J. Love, Randall J. Love, P.A., 8520 Government Drive, Suite 1, New Port Richey, FL 34654 – legal counsel for defendant.
b. Premium Plumbing, LLC, 4402 West Crest Avenue, Unit C, Tampa, Florida 33614 – Defendant.
c. Brad Pinkert, 9932 Geen Ivy Drive, Trinity, Florida 34655 – Managing member and registered agent for defendant Premium Plumbing, LLC.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

None.

6. Identify each person arguably eligible for restitution:

None.

☒      I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated November 20, 2023.

/s/ Randall J. Love
Florida Bar Number: 0000380
Randall J. Love, P.A.
8520 Government Drive Suite 1
New Port Richey, FL 34654
(727) 857-6030
mmjlove@aol.com
Attorney for defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served through the Court's ECF system upon all counsel of record and upon Amanda Heystek, Esq. of Wenzel Fenton Cabassa, P.A., 1110 N Florida Avenue, Suite 300, Tampa, Florida 33602 and email aheystek@wfclaw.com this November 20, 2023.

/s/ Randall J. Love
Florida Bar Number: 0000380
Randall J. Love, P.A.
8520 Government Drive Suite 1
New Port Richey, FL 34654